**SEALED**

BENJAMIN B. WAGNER
United States Attorney
JEAN M. HOBLER
Special Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2700



FILED

DEC 0 7 2010

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
       DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE SEIZURE OF: | S.W. NO. |
| ALL FUNDS MAINTAINED AT WELLS FARGO BANK HELD IN THE NAME OF DEZAKI, INC. IN BUSINESS CHECKING ACCOUNT NUMBER 2067165197, IN AN AMOUNT UP TO AND INCLUDING THE SUM OF $86,500.00, | 2:10-SW-0507 GGH<br><br>ORDER RE: REQUEST TO SEAL DOCUMENTS |
| DEFENDANT | |

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the seizure warrant and seizure warrant affidavit underlying the seizure warrant in the above-captioned proceeding shall be filed under seal and shall not be disclosed to any person unless otherwise ordered by this Court, with the exception that a copy of the seizure warrant will be left at the scene of the seizure and with the account holder.

Date: Dec 7, 2010

GREGORY G. HOLLOWS
United States Magistrate Judge