IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>All funds maintained at Wells Fargo Bank held in the name of Dezaki, Inc. in business checking account number 2067165197, in an amount up to and including the sum of $86,500.00. | CASE NO.  2:10-SW-0507 GGH<br><br>ORDER UNSEALING CASE |

Upon request from the United States, by and through its counsel of record, the above captioned case is ordered unsealed.

Dated: August 26, 2016

EDMUND F. BRENNAN
U.S. Magistrate Judge